UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PAYNE,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>AUDREY KING,<br><br>　　　　　　Respondent. | 1:14-cv-00538 BAM (HC)<br><br>ORDER GRANTING MOTION<br>TO PROCEED IN FORMA PAUPERIS<br><br>(Document#4) |

　　　Petitioner is a civil detainee who challenges his commitment pursuant to California's Sexually Violent Predators Act. Petitioner is proceeding with a petition for writ of habeas corpus purportedly pursuant to 28 U.S.C. § 2241.

　　　Petitioner has filed a motion to proceed in forma pauperis and a declaration in support of the application. Examination of these documents reveals that petitioner is unable to afford the costs of this action.

　　　Accordingly, the motion to proceed in forma pauperis is GRANTED. See 28 U.S.C. § 1915.

IT IS SO ORDERED.

　　Dated:　**April 24, 2014**　　　　　　　　　／s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1