UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PAYNE,<br><br>        Petitioner,<br><br>    v.<br><br>AUDREY KING, Executive Director of the Coalinga State Hospital,<br><br>        Respondent. | Case No. 1:14-cv-00538-LJO-BAM-HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE A FIRST AMENDED PETITION (DOC. 19)<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO THE FIRST AMENDED PETITION (DOCS. 21, 18) |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus that was filed pursuant to 28 U.S.C. § 2241.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303.

    Pending before the Court are 1) Petitioner's motion for leave to file a first amended petition, which was filed on May 12, 2014, along with the first amended petition (FAP), and 2) Respondent's motion for an extension of time within which to file a response to the FAP, which was filed on May 23, 2014.

1

I.  <u>Order Granting Petitioner's Motion for Leave to File a First Amended Petition</u>

In her response to the motion, Respondent indicated that Respondent had no opposition to the filing of the FAP.

Accordingly, Petitioner's motion for leave to file a first amended petition is GRANTED.

The action will proceed on the FAP (doc. 18).

II. <u>Order Granting Respondent's Request for an Extension of Time to Respond to the Petition</u>

Good cause appearing, Respondent's motion for an extension of time is GRANTED.

Respondent shall have until June 30, 2014, to file a response to the FAP.

IT IS SO ORDERED.

Dated:   **June 24, 2014**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

2