# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PAYNE,<br><br>          Petitioner,<br><br>     v.<br><br>AUDREY KING, Executive Director of Coalinga State Hospital,<br><br>          Respondent. | Case No. 1:14-cv-00538-LJO-BAM  HC<br><br>ORDER ADOPTING THE RECOMMENDATION THAT THE COURT CONVERT THE PETITION FOR HABEAS CORPUS BROUGHT UNDER 28 U.S.C. § 2241 TO A PETITION UNDER 28 U.S.C. § 2254<br><br>(Doc. 29) |

Petitioner, a state prisoner proceeding *pro se* and *in forma pauperis*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The Court referred the matter to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

On July 22, 2015, the Magistrate Judge filed findings and recommendations in which she recommended that the Court convert the petition to one brought pursuant to 28 U.S.C. § 2254, the statutory section generally applicable to habeas petitions brought by state prisoners.  The findings and recommendations, which were served on all parties on the same date, provided that objections could be served within thirty days and replies within fourteen days after the filing of any objections.  Neither party filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), having carefully reviewed the entire file *de novo* and considered Petitioner's objections, the Court finds that the findings and recommendations are supported by the record and proper analysis.

1

Accordingly, the Court hereby ORDERS that the findings and recommendations filed March 30, 2015, be adopted in full. The petition will hereafter be considered as if it had properly been brought under 28 U.S.C. § 2254.

IT IS SO ORDERED.

Dated: **August 26, 2015**      **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE