# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PAYNE,<br><br>    Petitioner,<br><br>  v.<br><br>AUDREY KING, Executive Director of Coalinga State Hospital,<br><br>    Respondent. | Case No. 1:14-cv-00538-LJO-SKO  HC<br><br>ORDER DISMISSING PETITION FOR FAILURE TO PROSECUTE |

On March 7, 2014, Petitioner filed a petition for writ of habeas corpus. On January 20, 2016, the copy of an order mailed to Petitioner was returned to the Clerk marked "undeliverable, return to sender."

Local Rule 183 provides:

> A party appearing *in propria persona* shall keep the Court and opposing parties advised as to his or her current address. If mail directed to a plaintiff *in propria persona* by the Clerk is returned by the U.S. Postal Service, and if such Plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

After more than sixty-three (63) days elapsed from the date of the return of the order mailed to Plaintiff, Plaintiff had failed to advise the Court of his current address or contacted the Court in any other way. Accordingly, on March 28, 2016, the Magistrate Judge entered an order to show cause within fifteen (15) days why the petition should not be dismissed for failure to prosecute. Petitioner did not respond.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court has discretion to impose any and all sanctions authorized by statute or rule or within the inherent power of the Court, including dismissing the action, based on a petitioner's failure to comply with a court rules.  F.R.Civ.P. 11; Local R. 110.

Accordingly, the Court hereby DISMISSES, without prejudice, the petition for writ of habeas corpus in the above-captioned action.

IT IS SO ORDERED.

    Dated:   **April 20, 2016**　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2